**People of the State of Illinois, Defendant in Error, v. Sergio Zampa and Salvadore Giovingo, Plaintiffs in Error.**

Gen. No. 48,953.

First District, Third Division.
May 29, 1963.
Rehearing denied June 10, 1963.

Julius Lucius Echeles, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney, of Chicago (Edward J. Hladis and Marvin E. Aspen, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**